LAWYERS FOR CLEAN WATER, INC.
Layne Friedrich (Bar No. 195431)
Drevet Hunt (Bar No. 240487)
1004A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
Email: layne@lawyersforcleanwater.com
       drev@lawyersforcleanwater.com


CENTER ON RACE, POVERTY AND THE ENVIRONMENT
Brent Newell (Bar No. 210312)
450 Geary Street, Suite 500
San Francisco, CA 94102
Telephone: (415) 346-4179
Facsimile: (415) 346-8723
Email: bjnewell@igc.org


Attorneys for Plaintiffs
DELTAKEEPER CHAPTER OF BAYKEEPER,
MOTHER LODE CHAPTER OF SIERRA CLUB,
and WATERKEEPER ALLIANCE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELTAKEEPER CHAPTER OF BAYKEEPER, a California non-profit corporation, MOTHER LODE CHAPTER OF SIERRA CLUB, a California non-profit corporation, and WATERKEEPER ALLIANCE, INC., a New York not-for-profit corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br>S & H DAIRY, a California general partnership, RONALD HILARIDES, an individual, PETER SCHAAFSMA, an individual,<br><br>          Defendants. | Case No.: 1: 06 CV 00837 OWW (DLB)<br><br>**REQUEST FOR TELEPHONIC PARTICIPATION IN SETTLEMENT CONFERENCE;**<br>**ORDER**<br><br><br>Date:   December 13, 2006<br>Time:   10:30 AM<br>Place:  Courtroom # 9 (3rd Floor)<br>Judge:  Dennis L. Beck |

1  WHEREAS, Plaintiffs Deltakeeper Chapter of Baykeeper, Sierra Club Mother Lode Chapter,
2  and Waterkeeper Alliance, Inc. ("Plaintiffs") and Defendants S & H Dairy, Ronald Hilarides, and Peter
3  Schaafsma ("Defendants") are conducting a settlement conference with the Honorable Judge Beck on
4  December 13, 2006.

5  WHEREAS, on November 2, 2006, the parties conducted their Case Management Conference
6  with Judge Wanger at which time Plaintiffs requested that Waterkeeper Alliance representative, Mr. Jeff
7  Odefey, be allowed to participate in the settlement conference by telephone.

8  WHEREAS, during the November 2, 2006, Case Management Conference counsel for
9  Defendants stated he had no objection to Mr. Odefey participating in the conference by telephone.

10  WHEREAS, pursuant to Judge Wanger's November 14, 2006, Scheduling Conference Order, a
11  party may be allowed to appear by telephone if the party is not the attorney trying the case, the party
12  lives and works outside the Eastern District of California, and attendance at the conference would be a
13  hardship.  *See* Scheduling Conference Order, Section XIII, ¶ 3.

14  WHEREAS, Mr. Odefey is not an attorney of record in the action, he lives and works in the State
15  of New York, and his personal appearance at the conference would constitute a hardship.  Specifically,
16  Mr. Odefey would have to travel from New York on the December 12th in order to be present for the
17  10:30 conference and thus his travel and lodging would unduly increase the costs in this action.  Mr.
18  Odefey agrees to the Court's requirement that he be available "throughout the conference until excused
19  regardless of time zone differences."  Scheduling Conference Order, Section XIII, ¶ 3.  At the Court's
20  convenience Mr. Odefey will call into the Court's conference line, or will be available at 10:30 at the
21  following telephone number (914)-674-0622 x17.

22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

WHEREAS, Plaintiffs' respectfully request that Mr. Odefey, Plaintiff Waterkeeper Alliance's representative, be allowed to participate in the December 13 settlement conference by telephone.

Respectfully submitted,

/s/ Drevet Hunt
Drevet Hunt
Attorney for Plaintiffs
Deltakeeper Chapter of Baykeeper,
Sierra Club Mother Lode Chapter, and
Waterkeeper Alliance, Inc.

**ORDER:**

Based on the above, the Court hereby grants Plaintiffs' request to have Waterkeeper Alliance, Inc. representative Mr. Jeff Odefey participate in the December 13, 2006, settlement conference by telephone.

IT IS SO ORDERED:

Dated: December 8, 2006          /s/ *Dennis L. Beck*_____
                                 Honorable Dennis L. Beck
                                 United States District Court